AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

DISH Network LLC, et al.,

        Plaintiffs,

  v.

Santina Fulton, et al.,

        Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-01019-RFB-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

the DEFAULT JUDGMENT is entered against Defendants Santina Fulton and Ventura's Nest LLC in the amount of $1,830,000.00 and for Plaintiffs.

 

9/27/2023  
Date

DEBRA K. KEMPI  
Clerk

/s/ K. Ferris  
Deputy Clerk